IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CIERRA WILSON,<br><br>    Plaintiff,<br><br>   v.<br><br>O'CHARLEY'S, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-1983-TWT |

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant's Motion to Compel Arbitration [Doc. 4]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Arbitration [Doc. 4] is GRANTED. This action is DISMISSED.

SO ORDERED, this 3 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Wilson\14cv1983\r&r.wpd